**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------ x
                                                       :
In re                                                  :
                                                       :   Chapter 11
PHOENIX SERVICES TOPCO, LLC,                           :
                                                       :   Case No. 22-10906 (MFW)
        Debtor.                                        :
                                                       :   Re: Docket No. 975
Tax I.D. No. 83-0934517                                :
------------------------------------------------------ x
                                                       :
In re                                                  :
                                                       :   Chapter 11
PHOENIX SERVICES PARENT, LLC,                          :
                                                       :   Case No. 22-10907 (MFW)
                                                       :
        Debtor.                                        :
                                                       :
Tax I.D. No. 82-3738023                                :
------------------------------------------------------ x
                                                       :
In re                                                  :
                                                       :   Chapter 11
PHOENIX SERVICES HOLDINGS CORP.,                       :
                                                       :   Case No. 22-10908 (MFW)
                                                       :
        Debtor.                                        :
                                                       :
Tax I.D. No. 27-2051330                                :
------------------------------------------------------ x
                                                       :
In re                                                  :
                                                       :   Chapter 11
PHOENIX SERVICES INTERNATIONAL                         :
LLC,                                                   :
                                                       :   Case No. 22-10909 (MFW)
                                                       :
        Debtor.                                        :
                                                       :
Tax I.D. No. 20-3054693                                :
------------------------------------------------------ x
```

| | |
|---|---|
| ------------------------------------------------------- x<br>**In re**<br>**METAL SERVICES LLC,**<br>Debtor.<br>Tax I.D. No. 20-3058793<br>------------------------------------------------------- x | Chapter 11<br><br>Case No. 22-10910 (MFW) |
| **In re**<br>**TERRACENTRIC MATERIALS LLC,**<br>Debtor.<br>Tax I.D. No. 81-3350673<br>------------------------------------------------------- x | Chapter 11<br><br>Case No. 22-10911 (MFW) |
| **In re**<br>**COOL SPRINGS LLC,**<br>Debtor.<br>Tax I.D. No. 46-1208687<br>------------------------------------------------------- x | Chapter 11<br><br>Case No. 22-10912 (MFW) |
| **In re**<br>**METAL SERVICES INVESTMENT LLC,**<br>Debtor.<br>Tax I.D. No. 20-2122924<br>------------------------------------------------------- x | Chapter 11<br><br>Case No. 22-10913 (MFW) |
| **In re**<br>**PHOENIX RECEIVABLES, LLC,**<br>Debtor.<br>Tax I.D. No. (N/A)<br>------------------------------------------------------- x | Chapter 11<br><br>Case No. 22-10914 (MFW) |

## ORDER CLOSING CERTAIN CASES

Upon the motion (the "**Motion**")[1] of the Reorganized Debtors and the Reorganized Debtor Plan Administrator, on behalf of the Reorganized Non-Acquired Debtors, for entry of an order closing the Closing Cases, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The following chapter 11 cases are hereby closed effective upon entry of this Order (collectively, the "**Closing Cases**"): Phoenix Services Topco, LLC (Case No. 22-10906); Phoenix Services Parent, LLC (Case No. 22-10907); Phoenix Services Holdings Corp. (Case No.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 29418147V.1

22-10908); Phoenix Services International LLC (Case No. 22-10909); Metal Services LLC (Case No. 22-10910); Terracentric Materials LLC (Case No. 22-10911); Metal Services Investment LLC (Case No. 22-10913); and Phoenix Receivables, LLC (Case No. 22-10914).

3. The chapter 11 case of Cool Springs LLC (Case No. 22-22-10912 (MFW)), shall remain open pending further order of this Court and, from and after the date of entry of this Order, all motions, notices and other pleadings related to any of the Debtors, the Reorganized Debtors, or the Reorganized Non-Acquired Debtors shall be filed in such case.

4. The Clerk of this Court shall enter this Order individually on each of the dockets of the above-captioned chapter 11 cases and each of the dockets of the Closing Cases shall be marked as "Closed."

5. Entry of this Order (a) is without prejudice to the rights of any party in interest to (i) commence, prosecute and/or resolve any claim or cause of action, or (ii) object to or resolve claims filed against any of the Debtors; (b) is without prejudice to the rights of any party in interest to reopen the Closing Cases for cause and (c) shall have no effect whatsoever on any adversary proceedings, contested matters or other matters pending before this Court.

6. Following entry of this Order, the caption for Case No. 22-10912 (MFW) shall read as follows:

| | |
|---|---|
| In re<br>**COOL SPRINGS LLC,**<br>　　　　Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 22-10912 (MFW) |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Cool Springs LLC (8687) ("**Cool Springs**"). On ____, 2023, the Court entered an order closing the chapter 11 cases of Cool Springs' debtor affiliates, (collectively, the "**Closing Debtors**"). The Closing Debtors, along with the last four digits of each Closing Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Reorganized Debtor's noticing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

7.　　The Reorganized Debtors and the Reorganized Debtor Plan Administrator are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.　　The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

| | |
|---|---|
| **Dated: August 8th, 2023**<br>**Wilmington, Delaware** | **MARY F. WALRATH**<br>**UNITED STATES BANKRUPTCY JUDGE** |